**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy Trimble, ) | CIV 04-0745 PHX PGR (DKD) |
|     Plaintiff, ) | |
| vs. ) | **ORDER** |
| Phoenix Police, et al., ) | |
|     Defendants. ) | |

It appearing to the Court that Defendants'[1] Motion for Summary Judgment (Doc. #145), filed December 14, 2005, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Summary Judgment (Doc. #145). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 27th day of March, 2006.

_____
Paul G. Rosenblatt
United States District Judge

---

[1] Joseph Arpaio and Detention Officer Montoya.