**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Randy Trimble,                    )
                                  )     No.  CIV 04-0745-PHX-PGR (DKD)
                Plaintiff,        )
                                  )
vs.                               )
                                  )     **ORDER**
Phoenix Police, et al.,           )
                                  )
                Defendants.       )
                                  )
_____ )

It appearing to the Court that Defendants' Motion to Strike Preliminary Injunction Relief (Doc. #171), filed March 20, 2006 is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Strike Preliminary Injunction Relief (Doc. #171).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 2nd day of May, 2006.


Paul G. Rosenblatt
United States District Judge